ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                             )
                                                       )
Diversified Maintenance Systems, Inc.                  )     ASBCA No. 63578
                                                       )
Under Contract No. FA4855-18-D-0002                    )

APPEARANCE FOR THE APPELLANT:        Timothy Miguel Willardson, Esq.
                                        Counsel

APPEARANCES FOR THE GOVERNMENT:      Caryl A. Potter III, Esq.
                                        Air Force Deputy Chief Trial Attorney
                                      Lawrence M. Anderson, Esq.
                                        Trial Attorney

ORDER OF DISMISSAL

        The appeal has been withdrawn.  Accordingly, it is dismissed from the Board's
docket with prejudice.

        Dated:  August 24, 2023

                                      _____
                                      JAMES SWEET
                                      Administrative Judge
                                      Armed Services Board
                                      of Contract Appeals

        I certify that the foregoing is a true copy of the Order of Dismissal of the Armed
Services Board of Contract Appeals in ASBCA No. 63578, Appeal of Diversified
Maintenance Systems, Inc., rendered in conformance with the Board's Charter.

        Dated:  August 24, 2023

                                      _____
                                      PAULLA K. GATES-LEWIS
                                      Recorder, Armed Services
                                      Board of Contract Appeals